UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>JONATHAN FOSTER | Case No. 17CR 241<br>Violations: Title 18, United States Code, Sections 922(g)(1) and 922(u) |

JUDGE THARP
MAGISTRATE JUDGE SCHENKIER

**COUNT ONE**

The SPECIAL DECEMBER 2016 GRAND JURY charges:

On or about December 9, 2016, at Glenwood, in the Northern District of Illinois, Eastern Division, and elsewhere,

JONATHAN FOSTER,

defendant herein, did steal and unlawfully take and carry away from the premises of a person who was licensed to engage in the business of importing and dealing in firearms, a firearm in the licensee's business inventory that had been shipped and transported in interstate and foreign commerce;

In violation of Title 18, United States Code, Section 922(u).

FILED
APR 11 2017

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**COUNT TWO**

The SPECIAL DECEMBER 2016 GRAND JURY further charges:

On or about December 9, 2016, at Glenwood, in the Northern District of Illinois, Eastern Division, and elsewhere,

JONATHAN FOSTER,

defendant herein, previously having been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess in and affecting interstate commerce a firearm, namely, a GSG Model AK-47, .22 caliber rifle, bearing serial number A478548; a GSG Model STG 44 .22, caliber rifle, bearing serial number A536985; and an Inland Model .30 carbine, .30 caliber rifle, bearing serial number 95363, which firearm had traveled in interstate commerce prior to defendant's possession of the firearm;

In violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL:

____________________________
FOREPERSON

___________________________________
ACTING UNITED STATES ATTORNEY