**FILED**
APR 11 2017
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

17CR 241 *Felony* Cat III

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**JUDGE THARP**
**MAGISTRATE JUDGE SCHENKIER**

### DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS

1. Is this an indictment or information arising out of offenses charged in one or more previously-filed complaints signed by a magistrate judge? **NO**

    1a. If the answer is "Yes," list the case number and title of the earliest filed complaint:

    1b. Should this indictment or information receive a new case number from the court? **YES**

2. Is this an indictment or information that supersedes one or more previously-filed indictments or informations? **NO**

    2a. If the answer is "Yes," list the case number and title of the earliest filed superseded indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

3. Is this a re-filing of a previously dismissed indictment or information? **NO**

4. Is this a case arising out of the failure of the defendant to appear in a criminal proceeding in this Court? **NO**

5. Is this a transfer of probation supervision from another district to this District? **NO**

6. What level of offense is this indictment or information? **Felony**

7. Does this indictment or information involve eight or more defendants? **NO**

8. Does this indictment or information include a conspiracy count? **NO**

9. Identify the type of offense that describes the count, other than any conspiracy count, with the most severe penalty: **Felon in possession of a firearm in violation of 18 U.S.C. § 922(g) – 10 year statutory maximum sentence.** *Category III, IV*

10. List the statute of each of the offenses charged in the indictment or information. **18 U.S.C §§ 922(u), 922(g)**

[AUSA NAME] – *Abigail Peluso*
Assistant United States Attorney